No. —, Original. *Ex parte:* IN THE MATTER OF MICHAEL CRARCHILO, PETITIONER. Submitted March 9, 1908. Decided April 6, 1908. Motion for leave to file petition for writ of mandamus denied. *Mr. James K. Jones* and *Mr. William J. Stone* for petitioner.

No. —, Original. *Ex parte:* IN THE MATTER OF MICHAEL CRARCHILO, PETITIONER. Submitted March 9, 1908. Decided April 6, 1908. Motion for leave to file petition for writ of prohibition denied. *Mr. James K. Jones* and *Mr. William J. Stone* for petitioner.

No. —, Original. *Ex parte:* IN THE MATTER OF SMOKELESS FUEL COMPANY, PETITIONER. Submitted April 6, 1908. Decided April 13, 1908. Motion for leave to file petition for writ of mandamus denied. *Mr. Alexander H. Sands, Mr. William L. Royall* and *Mr. George Bryan* for petitioner.

No. 563. THOMAS M. FIELDS, APPELLANT, *v.* CHARLES E. HADDOX, WARDEN, ETC. Appeal from the District Court of the United States for the Northern District of West Virginia. Motion to dismiss or affirm submitted March 23, 1908. Decided April 13, 1908. *Per Curiam.* Final order affirmed with costs. *Fields* v. *United States*, 205 U. S. 292; *S. C.*, 27 App. D. C. 433; *In re Eckart*, 166 U. S. 481; *In re Coy*, 127 U. S. 731. *Mr. Frank J. Hogan, Mr. Henry E. Davis* and *Mr. John C. Gittings* for appellant. *The Attorney General* and *The Solicitor General* for appellee.

No. 199. CHARLES W. HUNTER ET AL., PETITIONERS, *v.* REBECCA A. JOHNSON ET AL. On a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit. Argued